914

No. 660, Misc. CROW v. MISSOURI. Sup. Ct. Mo. Certiorari denied. Petitioner *pro se.* *Norman H. Anderson,* Attorney General of Missouri, and *Howard L. McFadden* and *Gerald L. Birnbaum,* Assistant Attorneys General, for respondent.

No. 706, Misc. SIERRA v. HEINZE, WARDEN, ET AL. Sup. Ct. Cal. Certiorari denied. Petitioner *pro se.* *Thomas C. Lynch,* Attorney General of California, and *Edsel W. Haws* and *Anthony S. Da Vigo,* Deputy Attorneys General, for respondents.

No. 735, Misc. DEMES v. CALIFORNIA. C. A. 9th Cir. Certiorari denied. Petitioner *pro se.* *Thomas C. Lynch,* Attorney General of California, and *Edsel W. Haws* and *Harold F. Bradford,* Deputy Attorneys General, for respondent.

No. 744, Misc. GOODWIN v. KANSAS. Sup. Ct. Kan. Certiorari denied. Petitioner *pro se.* *Robert C. Londerholm,* Attorney General of Kansas, and *Charles N. Henson* and *Richard H. Seaton,* Assistant Attorneys General, for respondent.

No. 756, Misc. KROAH v. RUSSELL, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 818, Misc. HAZEL v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *Douglas G. Cole* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 859, Misc. GARVIN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.